IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

LARRY FELDMAN, a/k/a              )
LARRY GIVNER,                     )
                                  )
   Petitioner,                   )
                                  )
v.                                )        CASE NO. 2:04-CV-1134-WKW-
                                  )          CSC (WO)
BUREAU OF PRISONS,                )
SCOTT MIDDLEBROOK, WARDEN,        )
                                  )
   Respondent.                   )

## ORDER

On January 30, 2006, the Magistrate Judge filed a Recommendation (Doc. # 12) in this case, finding that the Petition for Writ of Habeas Corpus is due to be denied and this case dismissed with prejudice. Petitioner filed a timely objection on February 13, 2006 (Doc. # 13), in which he conceded that this action is guided by *Brown v. McFadden*, 416 F.3d 1271 (11th Cir. 2005).

Upon an independent and de novo review of the record, it is ORDERED that:

1. The objection (Doc. # 13) is OVERRULED;

2. The Recommendation of the Magistrate Judge is ADOPTED;

3. The petition for habeas corpus relief is DENIED; and

4. This action is DISMISSED with prejudice.

An appropriate judgment will be entered.

DONE the 23rd day of February, 2006.

      /s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE