IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY FELDMAN, a/k/a ) | |
| LARRY GIVNER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 2:04-CV-1134-WKW- |
| ) | CSC (WO) |
| BUREAU OF PRISONS, ) | |
| SCOTT MIDDLEBROOK, WARDEN, ) | |
| ) | |
| Respondent. ) | |

# FINAL JUDGMENT

In accordance with the order entered on this date, it is the ORDER, JUDGMENT, and DECREE of the Court that:

1. Judgment be and is hereby entered in favor of the Respondent and against the Petitioner;

2. Costs are taxed against the petitioner, for which execution may issue.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE the 23rd of February, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE